# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA

ALFREDO NIETO REYES,

    Plaintiff,

    vs.

**JUDGMENT IN A CIVIL CASE**
Civil Action No.5:05-cv-71

UNITED STATES OF AMERICA,

    Defendant.

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, pursuant to F.R.C.P. 58, that a judgment be entered.

It is therefore

    **ORDERED AND ADJUDGED** that this Court <u>Affirms and Adopts</u> the Magistrate Judge's Report and Recommendation in its entirety. The Petitioner's 28 U.S.C. § 2241 Petition is DENIED. This civil action is DISMISSED WITH PREJUDICE and STRICKEN from the active docket of this court.

    Wally Edgell, Clerk

    By _____
           Deputy Clerk

Dated this 26th day of October 2005